UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| FOOD & WATER WATCH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 22-70226 |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 3, 2023, Petitioners Food & Water Watch, *et al.*, and Respondent United States Environmental Protection Agency ("EPA") (collectively, "the Parties"), respectfully submit this Joint Status Report.

This proceeding involves Petitioners' Petition for a Writ of Mandamus (the "Mandamus Petition") to compel EPA to respond to the Petition to Revise the Clean Water Act Regulations for Concentrated Animal Feeding Operations, submitted by Petitioners to EPA on or about March 18, 2017 ("the Administrative Petition").

On April 3, 2023, the Court, referencing the Parties' Stipulation, ordered EPA to respond to the Administrative Petition by August 15, 2023, and directed the parties to file a joint status report by August 22, 2023, summarizing the status of the case and proposing any further proceedings. Dkt. No. 29 ¶¶ 2-3. The Court extended the stay of these proceedings until August 22, 2023. *Id.* ¶ 5.

The Parties report that, on August 15, 2023, EPA issued a response to the Administrative Petition. Accordingly, pursuant to the Court's April 3, 2023, Order, Petitioners will move for voluntary dismissal of their Petition for Writ of Mandamus by August 29, 2023.

The Parties further report that they have entered into a settlement agreement regarding Petitioners' request for attorney's fees and costs.

Dated: August 22, 2023

Respectfully submitted,

/s/ Tarah Heinzen
Tarah Heinzen (OR Bar No. 191131)
Food & Water Watch
1616 P Street, N.W., Suite 300
Washington, D.C. 20036
Telephone: (202) 683-2457
theinzen@fwwatch.org

*Attorneys for Petitioners*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Paul Cirino
Paul Cirino (DC Bar No. 1684555)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-3468
paul.cirino@usdoj.gov

*Attorneys for Respondent*