UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FOOD & WATER WATCH,** *et al.*,<br><br>Petitioners,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Respondent. | No. 22-70226 |

## MOTION TO VOLUNTARILY DISMISS PETITION FOR A WRIT OF MANDAMUS

Pursuant to the Court's Order of April 3, 2023, and Federal Rule of Appellate Procedure 42(b), Petitioners Food & Water Watch, *et al.* ("Petitioners") hereby move the Court for a voluntary dismissal of Petitioners' Petition for a Writ of Mandamus (the "Mandamus Petition") to compel EPA to respond to the Petition to Revise the Clean Water Act Regulations for Concentrated Animal Feeding Operations, submitted by Petitioners to EPA on or about March 18, 2017 (the "Administrative Petition").

On April 3, 2023, the Court, referencing the Parties' Stipulation, ordered EPA to respond to the Administrative Petition by August 15, 2023, and directed the Parties to file a joint status report by August 22, 2023, summarizing the status of the case and proposing any further proceedings. Dkt. No. 29 ¶¶ 2–3. The Court

1

extended the stay of these proceedings until August 22, 2023. *Id.* ¶ 5. The Court further ordered that Petitioners move for voluntary dismissal of the Mandamus Petition if EPA responded to the Administrative Petition by August 15, 2023. *Id.* ¶ 3.

On August 15, 2023, EPA issued a response to the Administrative Petition. Accordingly, pursuant to the Court's April 3, 2023, Order, Petitioners hereby move for voluntary dismissal of their Petition for Writ of Mandamus.

Dated: August 29, 2023                    Respectfully submitted,

/s/ *Haley Nicholson*
Haley Nicholson (OR Bar No. 224615)
Earthrise Law Center
1010 S. Terwilliger Blvd.
Portland, OR 97219-7799
Telephone: (503) 768-6825
haleyn@lclark.edu

*Attorney for Petitioners*

## **CERTIFICATE OF COMPLIANCE**

This motion is 216 words and thus complies with the length limitations set forth in Fed. R. App. P. 27 and Ninth Circuit Rule 27-1. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

Dated: August 29, 2023            Respectfully submitted,

/s/ *Haley Nicholson*
Haley Nicholson (OR Bar No. 224615)
Earthrise Law Center
1010 S. Terwilliger Blvd.
Portland, OR  97219-7799
Telephone: (503) 768-6825
haleyn@lclark.edu

*Attorney for Petitioners*